UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMMY R. GORDON, JR.,

        Plaintiff,

v.

ERIC RARDIN,

        Defendant.

_____/

Case No. 2:25-cv-13414

Honorable Susan K. DeClercq
United States District Judge

**OPINION AND ORDER GRANTING PETITIONER'S MOTION TO
STRIKE (ECF No. 3) AND DISMISSING PETITION (ECF No. 1)
WITHOUT PREJUDICE**

In October 2025, Petitioner Sammy R. Gordon, Jr. filed a petition for a writ

of habeas corpus under 28 U.S.C. § 2241 while incarcerated at the Federal

Correctional Institution in Milan, Michigan. ECF No. 1. In his petition, Gordon

alleged that the Federal Bureau of Prisons (BOP) failed to properly apply his earned

time credits under the First Step Act and the Second Chance Act. *Id.* But three

months after filing his petition, Gordon filed a "motion to strike habeas action from

court docket," explaining that he did not want the Court to consider his petition

because he was "attempt[ing] to secure professional representation." ECF No. 3 at

PageID.18. This Court will liberally construe Gordon's request to "strike" his

petition as a voluntarily dismissal of his petition without prejudice. If Gordon wishes

to raise similar claims in the future, he must file a new petition.

- 2 -

Accordingly, it is **ORDERED** that Gordon's Motion to Strike, ECF No. 3, is **GRANTED**. To that end, Gordon's Petition, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE** pursuant to Gordon's own request.

**This is a final order and closes the above-captioned case.**

_/s/Susan K. DeClercq_
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 21, 2026

- 2 -